IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THAHIR AKEL and FATEEN AKEL ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No.  16 CV 07761 |
| ) | |
| ) | |
| BUNDERSREPUBLIC DEUTSCHLAND ) | Honorable: John W. Darrah |
| a/k/a THE REPUBLIC OF GERMANY and ) | Magistrate: Jeffrey T Gilbert |
| ALLIANZ GROUP and/or ALLIANZ SE ) | |
| Individually and/or d/b/a ALLIANZ ) | |
| VERSICHERUNGS AG, ) | |
| ) | |
| Defendants. ) | |

## DISMISSAL WITH PREJUDICE

NOW COMES PLAINTIFFS, THAHIR AKEL and FATEEN AKEL, by and through their Counsel, O'CONNOR, LAW FIRM, LTD. dismiss any and all claims  fully and finally  with prejudice as to all defendants pursuant to the parties' settlement and their agreement to this affect.  All parties to bear their own costs.

                                                               Respectfully Submitted

                                              /s/ Kevin O'Connor
                                              Attorney for Plaintiff

Kevin O'Connor
 O'Connor Law Firm, Ltd.
19 S. LaSalle, Suite 1400
Chicago, IL  60603
Phone:  312-906-7609
Fax:  312-906-7615
KOCONNOR@KOCONNORLAW.COM